Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Duc Pond Motosports, Inc. |
| United States Bankruptcy Court for the: | Western District of Virginia |
| Case number (if known): | 22-50511 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** | $77,319.75

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 United Bank | Checking account | 1701 | $821.02 |

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $78,140.77

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| Debtor | **Duc Pond Motosports, Inc.** | Case number *(if known)* | **22-50511** |
|---|---|---|---|
| | Name | | |

**None**

9. **Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                     $0.00

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts Receivable**

| 11a. 90 days old or less: | **$19,574.00** | – | **$19,574.00** | = ..... → | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **$40,536.48** | – | **$40,536.48** | = ..... → | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                     $0.00

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                     % of ownership:

**None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

---

| Debtor | Duc Pond Motosports, Inc. | Case number *(if known)* | 22-50511 |
|---|---|---|---|
| | Name | | |

---

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.  **$0.00**

---

**Part 5:** Inventory, excluding agriculture assets

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

None

**20. Work in progress**

None

**21. Finished goods, including goods held for resale**

None

**22. Other inventory or supplies**

None

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.  **$0.00**

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Duc Pond Motosports, Inc.**_____     Case number *(if known)* _____**22-50511**___
Name

28. **Crops — either planted or harvested**

None

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

None

30. **Farm machinery and equipment** (Other than titled motor vehicles)

None

31. **Farm and fishing supplies, chemicals, and feed**

None

32. **Other farming and fishing-related property not already listed in Part 6**

None

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                              $0.00

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

| Debtor | Duc Pond Motosports, Inc. | | Case number *(if known)* | 22-50511 |
|---|---|---|---|---|
| | Name | | | |

39.1 **Bankers Corner Desk x 2 $300.00 Rolling Storage Drawer (White) $50.00 1 Folding Table $20.00 4 Ft Table $20.00 4 Drawer Lateral File Cabinet $50.00 Desk $10.00 Desk Chairs (2) $25.00 6 Wall Shelves $30.00 Mannequin $25.00 Wall Pic $25.00**   (Unknown)   Estimated FMV   $555.00

**Additional Page Total** - *See continuation page for additional entries*   $3,390.00

**40.** **Office fixtures**

**None**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

41.1 **Phone System Base + 3 satelites $50.00 2 Working Computers $200.00 2 Computers (?) $100.00 Printer $50.00 Printer (?) $10.00 Shredder $20.00 Space Heaters (2) $50.00 Fan $25.00 Computer (?) $50.00 Coffee Machine $25.00 F**   (Unknown)   Estimated FMV   $680.00

**Additional Page Total** - *See continuation page for additional entries*   $10,525.00

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.   $15,150.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description | Net book value of | Valuation method used | Current value of debtor's |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | interest |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**None**

| Debtor | **Duc Pond Motosports, Inc.** | Case number *(if known)* | **22-50511** |
|---|---|---|---|
| | Name | | |

**48. Watercraft, trailers, motors, and related accessories** *Examples*:
Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**None**

**49. Aircraft and accessories**

**None**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**None**

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                                                 **$0.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 9:    Real Property**

---

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

**None**

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                 **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor **Duc Pond Motosports, Inc.**

Name

Case number *(if known)* **22-50511**

---

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

None

**61.** **Internet domain names and websites**

None

**62.** **Licenses, franchises, and royalties**

None

**63.** **Customer lists, mailing lists, or other compilations**

None

**64.** **Other intangibles, or intellectual property**

None

**65.** **Goodwill**

None

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                              $0.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 11: All other assets

---

Debtor   **Duc Pond Motosports, Inc.**_____   Case number *(if known)* _____**22-50511**_____
　　　　Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

**None**

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

73. **Interests in insurance policies or annuities**

**None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

76. **Trusts, equitable or future interests in property**

**None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                          _____**$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Duc Pond Motosports, Inc.** | Case number *(if known)* | **22-50511** |
| | Name | | |

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $78,140.77 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $15,150.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*.......................................................... | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $93,290.77 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................................ | | $93,290.77 |

| Debtor | **Duc Pond Motosports, Inc.** | Case number *(if known)* | **22-50511** |
|---|---|---|---|
| | Name | | |

### Additional Page

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture - *Continued*** | | | |
| 39.2  **Table $5.00 Padded Chair $5.00 Enduro Display $25.00 3 Rolling Display Stands $200.00 folding Table $20.00 Ducati Display $200.00 Bar Height chair $50.00 2 drawer cabinet $25.00 Shelving $25.00 2 Workbenches w/ storage $150.00** | **(Unknown)** | **Estimated FMV** | **$705.00** |
| 39.3  **High Table $25.00 Stainless Stand $50.00 Rolling Cart $25.00 Lg Wall hanging $500.00 2 Rolling carts $50.00 Mechanics Desk $25.00 2 shelving units $50.00 2 rolling racks $25.00 Scorpion Display $25.00 Industrial Racks (11 sections) $1,500.00** | **(Unknown)** | **Estimated FMV** | **$2,275.00** |
| 39.4  **3 padded chairs $25.00 Glass Table $100.00 2 bookshelves $50.00 Computer Chair $25.00 6 ft Table $25.00 Tall Kitchen Table $10.00 Tall Black Cabinet $25.00 2 Desks $50.00 Metal Closet $25.00 2 Drawer Lateral File $25.00 4 Drawer File Cabinets (2) $50** | **(Unknown)** | **Estimated FMV** | **$410.00** |
| **41.  Office equipment - *Continued*** | | | |
| 41.2  **TV $200.00 3 lifts $600.00 Lap Top $50.00 Fans $50.00 Air Compressor $200.00 Fork Lift $1,500.00 Laminator $25.00 Lamp $25.00 Computer (?) $50.00 TV $25.00 Cash Register $50.00** | **(Unknown)** | **Estimated FMV** | **$2,775.00** |
| 41.3  **Industrial Light Fixtures (4) $500.00 Fan/Heater $25.00 Big Fan $100.00 Bike Starter $100.00 Scooter $100.00 Lights $100.00 Fans $25.00 Flooring $100.00 Work Bench (2) $100.00 Small Tool Chest $100.00 "Service" Parts $6,000.00 Take Off Parts (scrap)** | **(Unknown)** | **Estimated FMV** | **$7,750.00** |

Fill in this information to identify the case:

Debtor name ___Duc Pond Motosports, Inc.___

United States Bankruptcy Court for the: _____Western_____ District of _____Virginia_____
                                                                                    (State)

Case number (if known): ___22-50511___

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**   Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?

☐ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** _____

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Duc Pond Motosports, Inc. |
| United States Bankruptcy Court for the: | |
| | Western District of Virginia |
| Case number (if known): | 22-50511 |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Internal Revenue Service

Stop Room 898
400 N 8th Street

Box 76

Richmond, VA 23240

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$15,209.00**     Priority amount: **$15,209.00**

**2.2** Priority creditor's name and mailing address

Va Department Of Taxation*

P O Box 2156

Richmond, VA 23218-0000

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$28,893.00**     Priority amount: **unknown**

| Debtor | **Duc Pond Motosports, Inc.** | | Case number *(if known)* | **22-50511** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 1:** Additional Page

**2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,144.00** | **unknown**

**Va Department Of Taxation***

**P O Box 2156**

**Richmond, VA 23218-0000**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the Claim:**

_Sales Tax_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

| Debtor | **Duc Pond Motosports, Inc.** | Case number *(if known)* | **22-50511** |
|---|---|---|---|
| | Name | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address
**Bill Dietz**

185 Timberwood Rd

Monroe, VA 24574

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,000.00**

---

**3.2**  Nonpriority creditor's name and mailing address
**Blue Ridge Glass**

2232 Papermill Road

Winchester, VA 22601

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$533.00**

---

**3.3**  Nonpriority creditor's name and mailing address
**Brian Zacherl**

32 Palisades Drive

Stafford, VA 22554

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$5,040.00**

---

**3.4**  Nonpriority creditor's name and mailing address
**CarrMoto**

4629 Northwestern Dr.

Zionsville, IN 46077

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$242.00**

| Debtor | **Duc Pond Motosports, Inc.** | | Case number *(if known)* | **22-50511** |
|--------|------|--|--|--|
| | Name | | | |

---

## Part 2:  Additional Page

**3.5** | **Nonpriority creditor's name and mailing address**

**Danny Sullivan**

**105 Bethel Grange Rd**

**Winchester, VA 22603**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**    $20,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

**Donald L. Unger, II**

**130 Country Club Circle**

**Winchester, VA 22602**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**    $18,445.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**

**Ducati North America, Inc.**

**1292 Reamwood Ave**

**Sunnyvale, CA 94089**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**    $126,371.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

**Erie Insurance Company**

**Collections**

**Department 100 Erie Insurance Place**

**Erie, PA 16530-0000**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**    $5,560.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Duc Pond Motosports, Inc.** | Case number *(if known)* | **22-50511** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.9** Nonpriority creditor's name and mailing address

Frederick County Customs

465 Marple Rd

Winchester, VA 22603

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$850.00

---

**3.10** Nonpriority creditor's name and mailing address

Frederick County Fabworks, LLC

465 Marple Rd

Winchester, VA 22603

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$100.00

---

**3.11** Nonpriority creditor's name and mailing address

Gary Ballio

7015 Bay Front Drive

21403

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$13,500.00

---

**3.12** Nonpriority creditor's name and mailing address

Hollis Cash

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,640.00

| Debtor | **Duc Pond Motosports, Inc.** | Case number *(if known)* | **22-50511** |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

**3.13** Nonpriority creditor's name and mailing address

**Hottel & Willis, P.C.**

314 N. Braddock St.

Winchester, VA 22601

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,876.00**

---

**3.14** Nonpriority creditor's name and mailing address

**Ian Damon**

550 M Ritchie Hwy

Severna Park, MD 21146

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$23,151.00**

---

**3.15** Nonpriority creditor's name and mailing address

**JB Haller**

17655 Stonegait Court

Round Hill, VA 20141

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,901.00**

---

**3.16** Nonpriority creditor's name and mailing address

**Maryland Dept of Taxation**

301 W. Preston St

Baltimore, MD 21201

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,640.00**

---

| Debtor | **Duc Pond Motosports, Inc.** | Case number *(if known)* | **22-50511** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.17** Nonpriority creditor's name and mailing address

**Mazworx Manufacturing, Inc.**

**450 North Way**

**Sanford, FL 32773**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20.00

---

**3.18** Nonpriority creditor's name and mailing address

**Morris Distributing**

**628 Lee Hwy**

**Verona, VA 24482**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$825.00

---

**3.19** Nonpriority creditor's name and mailing address

**Roberts Oxygen**

**P.O. Box 5507**

**Derwood, MD 20855**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,765.00

---

**3.20** Nonpriority creditor's name and mailing address

**Shawn Loveric**

**730 Civita Ave, Apt 203**

**Columbus, OH 43215**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,579.00

| Debtor | **Duc Pond Motosports, Inc.** | Case number *(if known)* | **22-50511** |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$292.00**
*Check all that apply.*

Shell Oil SOPUS Products

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 7247-6236

19170

**Basis for the claim:** _____

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,400.00**
*Check all that apply.*

Ted Baird

☐ Contingent
☐ Unliquidated
☐ Disputed

7085 Wyndale St., NW

Washington, DC 20015

**Basis for the claim:** _____

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

| Debtor | **Duc Pond Motosports, Inc.** | | Case number *(if known)* | **22-50511** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.1   **Ducati North America, Inc.** | Line _3.7_ | |
| **c/o Greg I. Rose, Esq.** | ☐ Not listed. Explain _____ | __ __ __ __ |
| **30057 Orchard Lake Rd** | _____ | |
| **Farmington, MI 48334** | | |

| Debtor | **Duc Pond Motosports, Inc.** | Case number *(if known)* | **22-50511** |
|---|---|---|---|
| | Name | | |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$65,246.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$258,730.00** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$323,976.00** |

Fill in this information to identify the case:

Debtor name _____ Duc Pond Motosports, Inc. _____

United States Bankruptcy Court for the:
_____ Western District of Virginia _____

Case number (if known): _____ 22-50511 _____    Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |

Fill in this information to identify the case:

Debtor name __**Duc Pond Motosports, Inc.**__

United States Bankruptcy Court for the: __**Western**__ District of __**Virginia**__
(State)

Case number (If known): __**22-50511**__

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City State ZIP Code | | |
| 2.2 | _____ | Street _____ _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City State ZIP Code | | |
| 2.3 | _____ | Street _____ _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City State ZIP Code | | |
| 2.4 | _____ | Street _____ _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City State ZIP Code | | |
| 2.5 | _____ | Street _____ _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City State ZIP Code | | |

Official Form 206H **Schedule H: Codebtors** page 1 of __2__

| Debtor | **Duc Pond Motosports, Inc.** | Case number (if known) **22-50511** |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | _____ | _____ | ❏ D |
| | | Street | | ❏ E/F |
| | | _____ | | ❏ G |
| | | _____ | | |
| | | City    State    ZIP Code | | |

| Fill in this information to identify the case: |
| --- |

Debtor name      Duc Pond Motosports, Inc.

United States Bankruptcy Court for the:

Western District of Virginia

Case number (if known):      22-50511

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/30/2022 
      MM/ DD/ YYYY

**X** /s/ Julia Hylton
Signature of individual signing on behalf of debtor

Julia Hylton
Printed name

Sec/Treasurer (authorized by Board to sign)
Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |
| Debtor name        Duc Pond Motosports, Inc. |
| United States Bankruptcy Court for the: |
|        Western District of Virginia |
| Case number (if known):    22-50511      Chapter    7 |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*.................................................................................................... $0.00

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*.................................................................................................. $93,290.77

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*.................................................................................................... $93,290.77

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... $65,246.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... + $258,730.00

4. **Total liabilities**................................................................................................................... $323,976.00

    Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
|---|
| Debtor name _____ Duc Pond Motosports, Inc. _____ |
| United States Bankruptcy Court for the: _____ Western District of Virginia _____ |
| Case number (if known): _____ 22-50511 _____ |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2022</u><br>MM/ DD/ YYYY | to    Filing date | ☑ Operating a business<br>☐ Other _____ | $135,304.00 |
| **For prior year:** | From <u>01/01/2021</u><br>MM/ DD/ YYYY | to    <u>12/31/2021</u><br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $224,069.00 |
| **For the year before that:** | From <u>01/01/2020</u><br>MM/ DD/ YYYY | to    <u>12/31/2020</u><br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $237,187.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2022</u><br>MM/ DD/ YYYY | to    Filing date | _____ | _____ |
| **For prior year:** | From <u>01/01/2021</u><br>MM/ DD/ YYYY | to    <u>12/31/2021</u><br>MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From <u>01/01/2020</u><br>MM/ DD/ YYYY | to    <u>12/31/2020</u><br>MM/ DD/ YYYY | _____ | _____ |

Debtor  Duc Pond Motosports, Inc.                                             Case number *(if known)*_____22-50511_____
        Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ Creditor's name _____ Street _____ City          State    ZIP Code | _____ _____ _____ | _____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ Creditor's name _____ Street _____ City          State    ZIP Code | _____ _____ _____ | _____ | _____ _____ _____ |
| **Relationship to debtor** _____ | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor   Duc Pond Motosports, Inc.    Case number *(if known)*    22-50511
Name

5.1.

Creditor's name

Street

City          State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

**Part 3:**  Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Ducati North America, Inc. v. Duc Pond Motosports, Inc | Collection on note | Winchester Circuit Court <br> Name <br><br> 5 N. Kent St. <br> Street <br><br> Winchester, VA 22601 <br> City     State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | CL22-388 | | | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    Duc Pond Motosports, Inc.                                   Case number *(if known)* _____ 22-50511
          Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | |

Custodian's name

Street

| | Case title | Court name and address |
|---|---|---|

City          State     ZIP Code

Name

| | Case number | Street |
|---|---|---|

| | Date of order or assignment | City          State     ZIP Code |
|---|---|---|

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City          State     ZIP Code

| Recipient's relationship to debtor |
|---|

---

**Part 5:**  Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

**10.1.**

---

**Part 6:**  Certain Payments or Transfers

**11.** Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor   Duc Pond Motosports, Inc.                                          Case number *(if known)* _____ 22-50511
_____
Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Cox Law Group | Attorney's Fees | 06/02/2022 | $4,552.00 |
| | **Address** | SCC Filing Fee | 10/17/2022 | $110.00 |
| | 900 Lakeside Drive | Chapter 7 Filing Fee | 11/11/2022 | $338.00 |
| | Street | | | |
| | Lynchburg, VA 24501 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Duc Pond Motosports, Inc. | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Various Third Party Buyers purchased assets/inventory at Auction Sale | Assets and inventory of Debtor sold at auction: net proceeds of sale of $77,319.75 (net proceeds in form of check from auctioneer held by Debtor and disclosed on Schedule A/B #2) | 02/15/2022 | $77,319.75 |
| | **Address** | | | |
| | Auction by: Tom Hall Auctions, Inc., PO Box 310 | | | |
| | Street | | | |
| | Schnecksville, PA 18078 | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Various Unrelated Third Party Buyers | | | |

Debtor   Duc Pond Motosports, Inc.                                                Case number *(if known)*            22-50511
_____
Name

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|

14.1. _____          From _____   To _____

Street

_____

_____

City              State   ZIP Code

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

15.1. _____          _____          _____

Facility name

_____

Street                                                   **Location where patient records are maintained**(if different from          **How are records kept?**
                                                          facility address). If electronic, identify any service provider.

_____                   _____          *Check all that apply:*

City              State   ZIP Code                  _____          ☐ Electronically

                                                                                                 ☐ Paper

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.                                    Generally, only name, address and phone number of
                                          customers, with a limited number of credit card numbers saved
State the nature of the information collected and retained. in system.

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

---

Debtor    Duc Pond Motosports, Inc.                                Case number *(if known)*        22-50511
          Name

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor    Duc Pond Motosports, Inc.                                    Case number *(if known)*    22-50511
          Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|------------------------------------|------------------------------|----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City         State     ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|------------------------------|-------|
| Name | | | |
| Street | | | |
| City         State     ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|---------------------|-----------------|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City         State     ZIP Code | | |

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **8**

Debtor   Duc Pond Motosports, Inc. _____   Case number *(if known)* _____ 22-50511
              Name

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

---

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____  To _____ |
| City          State    ZIP Code | | |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor   Duc Pond Motosports, Inc.   Case number *(if known)*   22-50511
Name

| Name and address | Dates of service |
|---|---|
| 26a.1.   Katherine Pelech d/b/a KP Accounting Solutions, LLC | From 2019   To ongoing |
| Name | |
| PO Box Box 5204 | |
| Street | |
| | |
| Herndon, VA 20170 | |
| City                State            ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____   To _____ |
| Name | |
| Street | |
| | |
| City                State            ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Julia Hylton | |
| Name | |
| PO Box 808 | |
| Street | |
| | |
| Martinsburg, WV 25402 | |
| City                State            ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City                State            ZIP Code |

**27.   Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    Duc Pond Motosports, Inc.                                  Case number *(if known)* _____ 22-50511_____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
       Name

       _____
       Street

       _____
       City                    State            ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Julia Hylton | PO Box 808 Martinsburg, WV 25402 | Sec/Treasurer, Shareholder | 50.00% |
| Donald L. Unger, II | 130 Country Club Circle Winchester, VA 22602 | President, Shareholder | 50.00% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Donald L. Unger, II<br>Name<br>130 Country Club Circle<br>Street<br><br>Winchester, VA 22602<br>City          State     ZIP Code | TO BE AMENDED / AMOUNTS BEING DETERMINED | 11/11/2021 to 11/11/22 | Salary / Compensation for services |

| Relationship to debtor |
|---|
| Part Owner |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor ___Duc Pond Motosports, Inc._____    Case number *(if known)* _____22-50511____
       Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   ___11/30/2022___
                 MM/  DD/  YYYY

**X** _/s/ Julia Hylton_____          Printed name   _____Julia Hylton_____
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor _Sec/Treasuer (authorized by Board to sign)_

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Virginia

**In re**     Duc Pond Motosports, Inc.

Case No. _____22-50511_____

**Debtor**

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................   $5,000.00

Prior to the filing of this statement I have received ................................................................   $5,000.00

Balance Due ...........................................................................................................................   $0.00

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtor in adversary proceedings

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 11/30/2022 | /s/ David Cox |
| *Date* | David Cox |
| | *Signature of Attorney* |

Bar Number: 38670
Cox Law Group
900 Lakeside Drive
Lynchburg, VA 24501
Phone: (800) 254-2760
Fax: (434) 845-0727

Cox Law Group
*Name of law firm*

Bill Dietz
185 Timberwood Rd
Monroe, VA 24574

Blue Ridge Glass
2232 Papermill Road
Winchester, VA 22601

Brian Zacherl
32 Palisades Drive
Stafford, VA 22554

CarrMoto
4629 Northwestern Dr.
Zionsville, IN 46077

Danny Sullivan
105 Bethel Grange Rd
Winchester, VA 22603

Donald L. Unger, II
130 Country Club Circle
Winchester, VA 22602

Ducati North America, Inc.
1292 Reamwood Ave
Sunnyvale, CA 94089

Ducati North America, Inc.
c/o Greg I. Rose, Esq.
30057 Orchard Lake Rd
Farmington, MI 48334

Erie Insurance Company
Collections Department 100 Erie
Insurance Place
Erie, PA 16530-0000

Frederick County Customs
465 Marple Rd
Winchester, VA 22603

Frederick County Fabworks,
LLC
465 Marple Rd
Winchester, VA 22603

Gary Ballio
7015 Bay Front Drive
21403

Hollis Cash

Hottel & Willis, P.C.
314 N. Braddock St.
Winchester, VA 22601

Ian Damon
550 M Ritchie Hwy
Severna Park, MD 21146

Internal Revenue Service
Stop Room 898
400 N 8th Street
Box 76
Richmond, VA 23240

JB Haller
17655 Stonegait Court
Round Hill, VA 20141

Maryland Dept of Taxation
301 W. Preston St
Baltimore, MD 21201

Mazworx Manufacturing, Inc.
450 North Way
Sanford, FL 32773

Morris Distributing
628 Lee Hwy
Verona, VA 24482

Roberts Oxygen
P.O. Box 5507
Derwood, MD 20855

Shawn Loveric
730 Civita Ave, Apt 203
Columbus, OH 43215

Shell Oil SOPUS Products
PO Box 7247-6236
19170

Ted Baird
7085 Wyndale St., NW
Washington, DC 20015

Va Department Of Taxation*
P O Box 2156
Richmond, VA 23218-0000

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

IN RE: **Duc Pond Motosports, Inc.**                                    CASE NO 22-50511

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____11/30/2022_____     Signature _____/s/ Julia Hylton_____
Julia Hylton, Sec/Treasuer (authorized by Board to sign)